UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWIN RIVERA,

           Plaintiff,

    - against -                         22-cv-8926 (JGK)

STANNAH STAIRLIFTS, INC., ET AL.,    ORDER
           Defendants.

---

JOHN G. KOELTL, District Judge:

    The time for defendant Stannah Stairlifts, Inc. ("Stannah") to respond to the complaint is extended to **December 12, 2022**. If Stannah fails to respond by that date, the plaintiff may move by order to show cause for a default judgment against Stannah by **January 9, 2023**. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice against Stannah for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          November 26, 2022

                                            John G. Koeltl
                                        United States District Judge