UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWIN RIVERA,

               Plaintiff,

    - against -

STANNAH STAIRLIFTS, INC., ET AL.,

              Defendants.

22-cv-8926 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by December 31, 2022.

SO ORDERED.

Dated:    New York, New York
           December 13, 2022

                                        John G. Koeltl
                                  United States District Judge