UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN RIVERA,

              Plaintiff,

    - against -

STANNAH STAIRLIFTS, INC., ET AL.,

              Defendants.

22-cv-8926 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for **Wednesday, February 22, 2023 at 4:30 p.m.** is canceled.

SO ORDERED.

Dated:    New York, New York
            February 15, 2023

                                    John G. Koeltl
                             United States District Judge