UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN RIVERA,                                        22-cv-8926 (JGK)

                        Plaintiff,           ORDER

             - against -

STANNAH STAIRLIFTS, INC., ET AL.

                        Defendants.

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with paper
courtesy copies of all papers filed in connection with the fully
briefed motion for summary judgment (ECF No. 19).

SO ORDERED.

Dated:     New York, New York
           September 5, 2023

                                    John G. Koeltl
                            United States District Judge