```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

EDWIN RIVERA,

                   Plaintiff,

    - against -

STANNAH STAIRLIFTS, INC., ET AL.,

                   Defendant.

------------------------------------------------

22-cv-8926 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **Wednesday, January 24, 2024,** at **11:00 a.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            January 10, 2024

                                          _____
                                              John G. Koeltl
                                         United States District Judge