UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN RIVERA,

                  Plaintiff,

       - against -

STANNAH STAIRLIFTS, INC., ET AL.,

                  Defendant.

22-cv-8926 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons stated on the record today, the motion for summary judgment is **denied.** The Clerk is directed to close ECF No. 19.

The parties are directed to provide an update to the Court on the status of the settlement by **January 29, 2024.** The deadline for the parties to submit a Joint Pretrial Order, including any motions in limine, together with Proposed Voir Dire Requests and Requests to Charge is **February 26, 2024.** Responses and objections are due fourteen days thereafter.

SO ORDERED.

Dated:    New York, New York
          January 24, 2024

                                John G. Koeltl
                        United States District Judge