January 29, 2024

**By ECF**

Hon. John G. Koeltl
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Edwin Rivera v. Stannah Stairlifts, Inc. et al*, 1:22-cv-08926-JGK

Dear Judge Koeltl:

Pursuant to the Court's January 24, 2024, Order, the Parties write jointly to provide the Court with an update as to the status of settlement.

Plaintiff made a settlement demand on Friday, January 26, 2024, which Defendants are considering. At this time, the parties do not believe a settlement conference would be fruitful but will continue to discuss settlement.

Both attorneys for Plaintiff have vacation plans the week of February 19th. Accordingly, Plaintiff requests that the Court extend the deadline to submit the Pretrial Order and related documents to March 8, 2024. Counsel for Defendants consents to this request.

Respectfully submitted,

/s/ Brendan Sweeney
The Law Office of Christopher Q. Davis
Attorneys for Plaintiff


/s/ Eric Horbey
Bond, Schoeneck & King PLLC
Attorneys for Defendants

APPLICATION GRANTED
SO ORDERED

1/30/24
John G. Koeltl, U.S.D.J.