THE LAW OFFICE *of* CHRISTOPHER Q. DAVIS

**WORKING SOLUTIONS NYC**

February 16, 2024

**By ECF**

Hon. John G. Koeltl
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Edwin Rivera v. Stannah Stairlifts, Inc. et al*, 1:22-cv-08926-JGK
      Request for Extension of Deadline to File Motions in Limine

Dear Judge Koeltl:

We represent the Plaintiff in the above referenced matter. On January 29, 2024, Plaintiff filed a joint letter requesting that the Court "extend the deadline to submit the Pretrial Order and related documents to March 8, 2024." You granted that request; however, we failed to specify that we were also requesting an extension of the deadline to file motions in limine. As a result, the Motions Deadline is still listed on the docket as February 29, 2024.

We apologize for the miscommunication. With the consent of Defendants, and for the same reasons set forth in our January 29, 2024, joint letter, we ask that the Court also extend the Motions Deadline to March 8, 2024.

Respectfully submitted,

*Brendan Sweeney*

/s/ Brendan Sweeney

APPLICATION GRANTED
SO ORDERED

*John G. Koeltl*
John G. Koeltl, U.S.D.J.

2/16/24