# BOND SCHOENECK & KING

515 N. Flagler Drive, Suite 400 | West Palm Beach, FL 33401 | bsk.com

February 21, 2024

**VIA ELECTRONIC FILING**
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Time to resubmit pre-Trial submissions including the Joint Pre-Trial Order extended to 5/10/24. So Ordered.*

Re:   *Edwin Rivera v. Stannah Stairlifts, Inc. et al, 1:22-cv-08926-JGK*   *U S D-J.*
*2/21/24*

Dear Judge Koeltl:

This firm represents Defendants Stannah Stairlifts, Inc. ("Stannah"), Wayne Brown and Wesley Rockhold with respect to the above referenced matter, and we are submitting this letter motion seeking to adjourn the pre-trial submissions deadline jointly with Plaintiff Edwin Rivera ("Rivera").

Following the Court's telephone conference on January 24, 2024, Plaintiff made a settlement demand to Defendants as reported in the parties' letter to the Court dated January 29, 2024. Around this time, Mr. Rockhold, Stannah's CEO, was undergoing a medical procedure and was expected to be able to respond shortly thereafter. Unfortunately, Mr. Rockhold's health issues are significantly more serious than initially understood, and he has been unable to participate in any way with this case. It is unclear at this point when his treatment and health will allow him to return.

With Mr. Rockhold's absence, Stannah has made other representatives available with settlement authority, but these individuals are based out of the United Kingdom, and this process has taken some time. Given these circumstances, the parties agreed to mediate the case, and based on the discussions between counsel, counsel are optimistic that through mediation the parties will be able to reach an amicable resolution of the case.

Based on these updated efforts to resolve this matter, the parties request that the Court adjourn the March 8, 2024 deadline for the submission of the joint pre-trial order, pre-trial motions, and other pre-trail submissions for 60 days to allow for the mediation to take place. Such an adjournment would allow the parties to avoid incurring unnecessary attorney's fees in the event of settlement, and the adjournment would not likely cause a delay of the trial given Mr. Rockhold's medical condition.

Thank you for your consideration of this matter.

Attorneys At Law | A Professional Limited Liability Company

Hon. John G. Koeltl
February 21, 2024
Page 2

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*Eric Horbey*

Eric Horbey
Senior Counsel